

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | |
| ) | |
| CORRIE EADY ) | CAUSE NO. CR419-0120 |

## ORDER GRANTING LEAVE OF COURT

THE COURT, having been duly advised, and noting no objections having been filed, now grants the request of KATHLEEN DAVIS, attorney for the defendant in the above-captioned criminal action. Accordingly, counsel shall be permitted Leave of Court on the following days, pursuant to Georgia Uniform Court Rule 16.

a. September 12-13, 2019
b. October 2-3, 2019
c. November 13 – 15, 2019
d. December 23-27, 2019

So ordered this 29th day of August, 2019.

Magistrate JUDGE, SOUTHERN DISTRICT OF GEORGIA
U.S. DISTRICT COURT